1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **CENTRAL DISTRICT OF CALIFORNIA**
10                   **WESTERN DIVISION**
11   DENNIS CURTIS HISLE,                 )    No.  CV 08-5247-GAF (AGR)
                                          )
12                     Plaintiff,         )
                                          )    ORDER ACCEPTING FINDINGS AND
13        v.                              )    RECOMMENDATION OF UNITED
                                          )    STATES MAGISTRATE JUDGE
14   DEPUTY ROBERTO GONZALES              )
     AREVALO,                             )
15                                        )
                      Defendant(s).       )
16   _____)

17        Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Petition, records

18   on file, and the Report and Recommendation of the United States Magistrate Judge.

19   Petitioner has not filed any written Objections to the Report.  The Court accepts the

20   findings and recommendation of the Magistrate Judge.

21        IT IS ORDERED that Judgment be entered granting Defendant's motion for

22   summary judgment and dismissing the action without prejudice.

23

24   DATED:  September 6, 2011      _____
                                              GARY A. FEESS
25                                    UNITED STATES DISTRICT JUDGE

26

27

28