# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS CURTIS HISLE, <br><br> Plaintiff, <br><br> v. <br><br> DEPUTY ROBERTO GONZALES AREVALO, <br><br> Defendant(s). | No. CV 08-5247-GAF (AGR) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Defendant's motion for summary judgment is granted and Judgment is entered in favor of Defendant.

DATED: September 6, 2011

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE